**William H. SHY, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 84131.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 30, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 9, 2005.

Application for Transfer Denied
April 5, 2005.

Terry J. Flanagan, St. Louis, MO, for appellant.

Deborah Daniels, Leslie McNamara (co-counsel), Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., GLENN A. NORTON, J. and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

William Shy appeals the judgment denying his motion under Rule 29.15 after an evidentiary hearing.[1]

The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

1. Shy's conviction for possession of a controlled substance with intent to distribute was

We affirm the judgment under Rule 84.16(b).

affirmed in *State v. Shy,* 52 S.W.3d 585 (Mo. App. E.D.2001).